Hernández, Demandante y Apelante, *v.* Díaz (*a*) Chimán, Demandado y Apelado.

Apelación procedente de la Corte de Distrito de San Juan, Sección Primera, en causa sobre desahucio en precario.

No. 1802.—Resuelto en abril 25, 1918.

Desahucio—Edificación en Suelo Ajeno—Cuestiones Impropias del Juicio de Desahucio.—Admitido por el demandante que el demandado es dueño por título de compra del rancho descrito en la demanda, para decretar el desalojo del demandado habría que resolver que no había adquirido con lo edificado el suelo en que se halla y que no tiene derecho a habitar o a utilizar dicho rancho si está edificado en suelo ajeno, cuestiones que por su naturaleza no son propias del juicio de desahucio.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. A. Díaz Viera.*

Abogado del apelado: *Sr. S. Torres Monje.*

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

En demanda de desahucio en precario alegó el demandante ser dueño de cierto solar con casa; que el demandado ocupa parte de ese solar con un edificio o rancho de maderas, sin pagar canon o merced alguna por esa ocupación y que se niega a desocuparlo a pesar de los requerimientos que le ha hecho en ese sentido por necesitar su finca libre de ocupación alguna, por lo que concluyó pidiendo se le condenara a desocupar el solar del demandante.

El demandado se opuso a la demanda negando que el solar en que se halla su edificio pertenezca al demandante y alegando que el terreno a que se refiere el demandante lo poseyó Doña Angela Hernández Requena por más de veinte años quieta, pública y pacíficamente, y que al comprar a ella el rancho a que se refiere la demanda, dicha señora le transmitió el goce de la posesión de esa parcela de terreno, que disfruta desde 1914, por lo que es propietario de la casa y dueño de la posesión del solar.

La Corte de Distrito de San Juan que conoció del juicio declaró sin lugar la demanda por entender que las cuestiones que en él habían de resolverse no eran propias de un juicio de desahucio y el demandante estableció esta apelación.

El demandante reconoció en su declaración prestada en el juicio que el demandado compró a Doña Angela Hernández Requena el rancho mencionado en su demanda y que sabía esto cuando adquirió los derechos de los herederos de dicha señora a su herencia, entre cuyos bienes estaba el solar y casa parte del cual ocupa el demandado, pero que éste no adquirió el suelo en donde su rancho está enclavado.

Como el demandante admite que el demandado es dueño por título de compra del rancho a que se refiere la demanda, para decretar el desalojo del demandado habría que resolver que no había adquirido con lo edificado el suelo en que se halla y que no tiene derecho a habitar o a utilizar dicho rancho si está edificado en suelo ajeno, cuestiones que por su

naturaleza no son propias del juicio de desahucio, según hemos declarado varias veces.

La sentencia apelada debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.